# EXHIBIT 1

| | | |
|---|---|---|
| KYDIA INCORPORATED, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:18-cv-1217 |
| v. | ) ) | Judge Pamela Pepper |
| OBENTO LIMITED (d/b/a Chinese Menu Online), a Hong Kong business entity; AMANDA CHAN (a/k/a Tsz Mei Amanda Fulton Chan), an individual, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF JONATHAN SCHWARTZ

Jonathan Schwartz, having been first duly sworn on oath, deposes and states as follows:

1. I am an attorney duly licensed to practice law in Wisconsin. I represent Obento Limited and Amanda Chan in the above-captioned matter. The following facts are based upon my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| **A.** | Plaintiff Kydia Incorporated's Responses to Defendants' First Set of Interrogatories and First Requests for Production. |
| **B.** | Email exchange between myself, as counsel for Defendants, and counsel for Plaintiff between the dates of September 10, 2019 and October 24, 2019. |
| **C.** | Email correspondence between myself, as counsel for Defendants, and counsel for Plaintiff, between the dates of September 10, 2019 and October 4, 2019. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2019.

FURTHER AFFIANT SAYETH NAUGHT

/s/ Jonathan L. Schwartz

24930338.v1